George L. DONOGHUE, alias G. L. Donoghue, Appellant, v. UNITED STATES, Appellee.

Circuit Court of Appeals, Fifth Circuit. January 24, 1929.

No. 5480.

J. H. Webb, of Mobile, Ala., for appellant.

Alex C. Birch, U. S. Atty., of Mobile, Ala. (D. R. Coley, Jr., and J. E. Meredith,

Asst. U. S. Attys., both of Mobile, Ala., on the brief), for the United States.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

FOSTER, Circuit Judge. Appellant was convicted on an indictment charging a conspiracy to violate the National Prohibition Act (27 USCA). There are 27 assignments of error, all running to the admission of testimony. It would serve no good purpose to review the evidence objected to. It is sufficient to say the record presents no reversible error.

Affirmed.